**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* SAM W. MCCAHON, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 20-01439 (ACR) |
| FLUOR INTERNATIONAL INC., *et al.,* | ) ) ) | **FILED UNDER SEAL** |
| Defendants. | ) ) ) | |

**NOTICE OF THE UNITED STATES THAT**
**IT IS NOT INTERVENING AT THIS TIME**

Pursuant to its December 19, 2023 Order, the Court indicated that the Government must make its intervention decision on or before March 18, 2024, and that no further extensions of time would be granted, or requests considered.  The Government's investigation has not been completed and, as such, the United States is not able to decide, as of the Court's deadline, whether to proceed with the action.  Accordingly, the United States hereby notifies the Court that it is not intervening at this time.  However, the Government's investigation will continue.

Although the United States is not intervening at this time, it respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting."  Id. Therefore, the United States requests that, should either the relator or defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

1

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon it; the United States also requests that orders issued by the Court be sent to the Government's counsel.  The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim.  The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed.  The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

 /s/ *Darrell C. Valdez*
DARRELL VALDEZ, D.C. Bar # 420232
Assistant United States Attorney
Civil Division
601 D Street, NW
Washington, DC 20530
(202) 252-2507

JAMIE ANN YAVELBERG
MICHAL TINGLE
ART J. COULTER
K.L. GRACE MOSELEY
Attorneys, Civil Frauds Section
P.O. Box 261, Ben Franklin Station
Washington, DC  20044
(202) 307-0237

*Attorneys for Plaintiff United States of America*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of March 2024, a true and correct

copy of the above and foregoing *Notice* was served through electronic mail to:


      Sam W. McCahon
      McCahon Law, LLC
      1629 K Street, N.W., Suite 300
      Washington, D.C.  20006
      sam@mccahonlaw.com
      (202) 973-0167
      Attorney Relator

      Michael R. Charness
      Little, Rothwell & Vander Lugt, PLLC.
      1717 K Street NW, Suite 900
      Washington, DC 20006
      kclmrc@gmail.com
      (301) 802-1615
      Counsel for Relator

Counsel consented to accept service through electronic mail in lieu of certified mail.


                 /s/ *Darrell C. Valdez*
                DARRELL VALDEZ
                Assistant United States Attorney